JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., | CV 21-00383 PA (GJSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| KAS NEW YORK, et al., | |
| Defendants. | |

Pursuant to the Court's May 25, 2021 Minute Order, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This action is dismissed without prejudice; and
2. The parties shall each bear their own costs and fees incurred in connection with this action.

IT IS SO ORDERED.

DATED: May 25, 2021

                                                  Percy Anderson
                                     UNITED STATES DISTRICT JUDGE